UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD TELUCCI,

        Plaintiff,

    v.

JERRY BROWN,

        Defendant.

Case No.  15-cv-03168-HSG

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on October 5, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Telucci ID: 830-0
Coalinga State Hospital
P.O. Box 5003
Coalinga, CA 93210-5003

Dated: October 5, 2015

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              By:_____
                                              Nikki D. Riley, Deputy Clerk to the
                                              Honorable HAYWOOD S. GILLIAM, JR.