UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD TELUCCI,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DEPARTMENT OF STATE HOSPITALS, et al.,<br><br>　　　　　Respondents. | 1:15-cv-01510 MJS (HC)<br><br>ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PETITION<br><br>(Doc. 24)<br><br>60-DAY DEADLINE |

　　　　Petitioner is a state detainee proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On January 15, 2016, Respondents filed a motion to extend time to file a response to the petition.  Good cause having been presented to the Court, IT IS HEREBY ORDERED that Respondent is granted an additional sixty (60) days to file a response to the petition. The response is now due on or before April 5, 2016.

IT IS SO ORDERED.

　Dated:　　January 19, 2016　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1