IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**RICHARD TELUCCI,**

                Petitioner,

v.

**DEPARTMENT OF STATE HOSPITALS, et al.,**

                Respondents.

1:15-cv-01510 AWI MJS HC

**ORDER GRANTING PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION; ORDER DENYING ALL PENDING MOTIONS AS MOOT**

**[Docs. 28, 31]**

    Petitioner is a state detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On May 31, 2016, Petitioner filed a motion to withdraw, without prejudice, his petition for writ of habeas corpus. (Mot., ECF No. 31.) Pursuant to Fed. Rule of Civ. Proc. 41(a)(2), the Court may voluntarily dismiss the action without prejudice. (<u>See</u> Rule 12, Rules Governing Section 2254 Cases, "The Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules.")

///

1  Accordingly, good cause having been presented to the Court, IT IS HEREBY ORDERED that the petition is DISMISSED without prejudice. All pending motions are DENIED as moot. (ECF No. 28.) The Clerk of Court is DIRECTED to enter judgment and close the case.

IT IS SO ORDERED.

Dated: June 2, 2016         /s/ *Michael J. Seng*
                            UNITED STATES MAGISTRATE JUDGE